Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ISABEL DRUMOND,<br><br>  Plaintiff,<br><br>  vs.<br><br>TRANSWORLD SYSTEMS, INC.;<br>PATENAUDE & FELIX, APC,<br><br>  Defendants. | No. 2:16-cv-00899-RAJ<br><br>NOTICE OF APPEARANCE<br><br>[CLERK'S ACTION REQUESTED] |

TO:     CLERK OF THE COURT

AND TO:     ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that Patenaude & Felix, APC, without waiving objections as to improper service, jurisdiction, or other affirmative defenses, hereby enters its appearance by the undersigned attorneys.

You are requested to serve all further papers and proceedings in said cause, except original process, upon said attorneys at their address below stated

DATED this 25th day of July, 2016.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendant
    Patenaude & Felix, APC

NOTICE OF APPEARANCE - 1
2:16-cv-00899-RAJ
5932832.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

NOTICE OF APPEARANCE - 2
2:16-cv-00899-RAJ
5932832.doc

LEE · SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

    Christina Henry             chenry@HDM-legal.com

    Antoinette Marie Davis      tonie@toniedavislaw.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 25th day of July, 2016 at Seattle, Washington.

                                              LEE SMART, P.S., INC.

                                              By: /s Marc Rosenberg  
                                                          Marc Rosenberg, WSBA No. 31034  
                                                          Of Attorneys for Defendant  
                                                          Patenaude & Felix, APC

                                                          1800 One Convention Place  
                                                          701 Pike St.  
                                                          Seattle, WA 98101-3929  
                                                          (206) 624-7990  
                                                          mr@leesmart.com

NOTICE OF APPEARANCE - 3  
2:16-cv-00899-RAJ  
5932832.doc

LEE·SMART  
P.S., Inc. · Pacific Northwest Law Offices  
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929  
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944