The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| ISABEL DRUMOND, | |
|---|---|
| Plaintiff, | No. 2:16-cv-00899-RAJ |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| TRANSWORLD SYSTEMS, INC., PATENAUDE & FELIX, APC. | |

COMES NOW Plaintiff Isabel Drumond, by and through counsel of record, voluntarily moves for voluntary dismissal of this action without prejudice. The Plaintiff has not served the summons and complaint on Defendants Transworld Systems, Inc. and Patenaude & Felix, A.P.C. and they have not filed an answer or other pleadings. Thus, this motion is brought without court order under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 6th day of August, 2016.

HENRY, DEGRAAFF & McCORMICK, PS
*/s/ Christina L Henry*
Christina L. Henry, WSBA #31273
1833 N. 105th St.
Suite 203
Seattle, Washington  98133
Tel 206-330-0595 / Fax 206-400-7609

CERTIFICATE OF SERVICE

I hereby declare that on August 6, 2016, I caused to be served a true and correct copy of the **Notice of Voluntary Dismissal** on the following parties and by the following methods:

**VIA ECF**

Antoinette Marie Davis (Terminated)    tonie@toniedavislaw.com, admin@toniedavislaw.com, incoming@toniedavislaw.com, rebecca@toniedavislaw.com

Christina Latta Henry    chenry@HDM-legal.com, hdmecf@gmail.com, mainline@hdm-legal.com

Marc Rosenberg    mr@leesmart.com, Lawyermarc@comcast.net

Sarah L Lee    sll@leesmart.com

**VIA FIRST CLASS MAIL AND EMAIL:**

Damian Richard
Sessions, Fishman, Nathan & Israel, L.L.P.
1545 Hotel Circle South
Suite 150, San Diego, CA 92108
drichard@sessions.legal

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE ABOVE IS TRUE AND CORRECT

Executed at Seattle, WA on August 6, 2016

*/s/ Christina L Henry*
Christina L Henry